**KUTAK ROCK LLP**
Jeremy S. Williams (VSB No. 77469)
Haley K. Magel (VSB No. 100444)
1021 East Cary Street, Suite 810
Richmond, Virginia 23219-4071
Telephone: (804) 644-1700
jeremy.williams@kutakrock.com
haley.magel@kutakrock.com
*Counsel for William A. Broscious, Trustee*

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA
## RICHMOND DIVISION

|  |  |
|---|---|
| In re: | Case No. 25-32198-KLP |
| BRANDON SCOTT MORRIS, | Chapter 7 |
| Debtor. |  |

## NOTICE OF MOTION AND NOTICE OF HEARING

**PLEASE TAKE NOTICE** that on March 18, 2026 William A. Broscious, Trustee for the Bankruptcy Estate of Brandon Scott Morris (the "Trustee") filed the *Trustee's Motion to Approve Compromise* (the "Motion") with the United States Bankruptcy Court for the Eastern District of Virginia (the "Bankruptcy Court"). Pursuant to the Motion, the Trustee seeks approval of a compromise reached with Brandon Scott Morris (the "Debtor") and Randall Morris ("Ms. Morris") whereby the Trustee has agreed to accept payment in the amount of $3,062.50 from the Debtor and/or Ms. Morris to settle potential avoidance actions. Additional details are set forth in the Motion.

**PLEASE TAKE FURTHER NOTICE** that your rights may be affected. You should read the Motion carefully and discuss it with your attorney, if you have one in this case. (If you do not have an attorney, you may wish to consult with one.)

**PLEASE TAKE FURTHER NOTICE** that if you do not want the Court to grant the relief requested in the Motion, or if you want the Court to consider your views on either the Motion, then you or your attorney must:

1.  You must file with the Court, at the address shown below, a written response pursuant to Local Bankruptcy Rule 9013-1 *not later than twenty-one (21) days after the date of service noted below*.

4936-2775-2856.1

Clerk of Court
United States Bankruptcy Court
701 East Broad Street, Suite 4000
Richmond, VA 23219

2.      You must also mail a copy to:

Jeremy S. Williams
KUTAK ROCK LLP
1021 E Cary Street
Suite 810
Richmond, Virginia 23219

3.      **A HEARING TO CONSIDER THE MOTION IS SCHEDULED FOR APRIL 22, 2026, AT 9:30 A.M. PREVAILING EASTERN TIME, IN THE UNITED STATES BANKRUPTCY COURT, 701 EAST BROAD STREET, ROOM 5100, RICHMOND, VIRGINIA 23219.  THE HEARING WILL BE CONDUCTED IN-PERSON.  IF YOU OBJECT TO THE MOTION, YOU MUST FILE THE OBJECTION TIMELY WITH THE COURT AND ATTEND THE HEARING.  IF YOU FAIL TO TIMELY FILE A WRITTEN RESPONSE OR IF YOU TIMELY FILE A RESPONSE, BUT FAIL TO ATTEND THE HEARING, THE COURT MAY CONSIDER ANY OBJECTION YOU MAY HAVE WAIVED AND ENTER AN ORDER GRANTING THE RELIEF REQUESTED IN THE MOTION WITHOUT FURTHER NOTICE.**

**WILLAIM A. BROSCIOUS, TRUSTEE**

By:  /s/ *Haley K. Magel*
                    Counsel

**KUTAK ROCK LLP**
Jeremy S. Williams (VSB No. 77469)
Haley K. Magel (VSB No. 100444)
1021 East Cary Street, Suite 810
Richmond, Virginia 23219-4071
Telephone:    (804) 644-1700
Facsimile:    (804) 783-6192
Jeremy.Williams@kutakrock.com
Haley.Magel@kutakrock.com
*Counsel for William A. Broscious, Trustee*

4936-2775-2856.1

## <u>CERTIFICATE OF SERVICE</u>

Pursuant to Local Rules of this Court, I certify under penalty of perjury that a copy of the foregoing was served by first class mail on March 18, 2026 to all necessary parties on the attached service list and as follows:

Brandon Scott Morris
13836 Randolph Pond Lane
Midlothian, VA 23114
*Debtor*

Randall Morris
13836 Randolph Pond Lane
Midlothian, VA 23114

Richard C. Pecoraro
Rich Law, PLC
1700 Huguenot Rd., Suite B4
Midlothian, VA 2311
rich@richlawrva.com
*Counsel for the Debtor*

Kathryn R. Montgomery
Office of the United States Trustee
701 East Broad Street, Ste. 4304
Richmond, VA 23219
kathryn.montgomery@usdoj.gov
*Assistant U.S. Trustee*

/s/ *Haley K. Magel*
Counsel

4936-2775-2856.1

## SERVICE LIST

Argent FCU
PO BOX 72
Chesterfield, VA 23114-0000

Bon Secours
PO Box 740405
Cincinnati, OH 45274-0000

Bon Secours St. Mary's Hospital
5801 Bremo Road
Richmond, VA 23226-1907

Bon Secours Urgent Care
PO Box 631863
Cincinnati, OH 45263-0000

Capital One
PO BOX 71087
Charlotte, NC 28272-1087

Capital One Bank
Attn: Bankruptcy Dept
P.O. Box 30281
Salt Lake City, UT 84130-0000

CIti Costco
PO BOX 70272
Philadelphia, PA 19176-0272

Citibank N.A.
Citibank, N.A.
5800 S Corporate Pl
Sioux Falls, SD 57108-5027

Commonwealth of Virginia
Dept of Tax/ Legal Unit
P.O. Box 2156
Richmond, VA 23218-0000

Craig Cryderman
7431 Stuart Drive
Mechanicsville, VA 23111

DeBoerSouth, PLLC
1802 Bayberry Court Suite 403
Richmond, VA 23226-0000

Goldman Sachs/Apple
LockBox 6112
Philadelphia, PA 19170-6112

Golds Gym Midlothian Swift Creek
PO BOX 6800
Sherwood, AR 72120-6800

Internal Revenue Service
PO Box 7346
Philadelphia, PA 19101-7346

Kohls/Cap One
PO BOX 71087
Charlotte, NC 28272-1087

LightStream, a division of Truist Bank
P.O. Box 1847 / 100-50-01-51
Wilson, NC 27894

LightStream, a division of Truist Bank
P.O. Box 1847 / 100-50-01-51
Wilson, NC 27894

Macys AMEX
PO Box 71361
Philadelphia, PA 19176-1361

Michael R Cogan P.C.
12 South Summit Avenue Suite # 250
Gaithersburg, MD 20877-0000

Michael R Cogan P.C.
12 South Summit Avenue Suite # 250
Gaithersburg, MD 20877

Michelle Morris
16919 Jennway Terrace
Moseley, VA 23120

4936-2775-2856.1

Midland Credit Management
PO Box 301030
Los Angeles, CA 90030-0000

Midland Credit Management, Inc.
PO Box 2037
Warren, MI 48090

Owen & Owens PLC
15521 Midlothian Turnpike Suite 300
Midlothian, VA 23113-0000

Portfolio Recovery & Affil
PO Box 12914
Norfolk, VA 23541-0000

Portfolio Recovery Associates, LLC
POB 41067
Norfolk VA 23541

Portfolio Recovery Associates, LLC
120 Corporate Boulevard
Norfolk, VA 23502

Radius Global Sol. LLC
Mail Code DSNB
PO Box 390905
Minneapolis, MN 55439-0000

Radius Global Sol. LLC
Mail Code DSNB
PO Box 390846
Minneapolis, MN 55439-0000

Randall Bland
13836 Randolph Pond Lane
Midlothian, VA 23114-0000

RAS La Vrar, LLC
1133 S University Drive 2nd Floor
Plantation, FL 33324-0000

Regina Ballard
6624 Hidden Woods Ct
Roanoke, VA 24018-0000

Sychrony Bank
PO BOX 71710
Philadelphia, PA 19176-1710

Truist Bank
PO BOX 580236
Charlotte, NC 28258-0236

VACU
PO BOX 71050
Charlotte, NC 28272-1050

Virginia Federal Credit Union
PO Box 90010
Richmond, VA 23225

Wells Fargo
PO BOX 10347
Des Moines, IA 50306-0000

Wells Fargo Bank, N.A.
Wells Fargo Card Services
PO Box 10438, MAC F8235-02F
Des Moines, IA 50306-0438

4936-2775-2856.1