**KUTAK ROCK LLP**
Jeremy S. Williams (VSB No. 77469)
Haley K. Magel (VSB No. 100444)
1021 East Cary Street, Suite 810
Richmond, Virginia 23219-4071
Telephone: (804) 644-1700
jeremy.williams@kutakrock.com
haley.magel@kutakrock.com
*Counsel for William A. Broscious, Trustee*

### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE EASTERN DISTRICT OF VIRGINIA
### RICHMOND DIVISION

|  |  |
|---|---|
| In re: | ) Case No. 25-32198-KLP |
|  | ) |
| BRANDON SCOTT MORRIS, | ) Chapter 7 |
|  | ) |
| Debtor. | ) |
|  | ) |

### ORDER GRANTING TRUSTEE'S MOTION TO APPROVE COMPROMISE

THIS MATTER comes before the Court upon the *Trustee's Motion to Approve Compromise* (the "Motion") filed by William A. Broscious, Chapter 7 Trustee for the Bankruptcy Estate of Brandon Scott Morris (the "Trustee"), by counsel, to approve a settlement by and among the Trustee and Brandon Scott Morris (the "Debtor") and Randall Bland, now Randall Morris ("Ms. Morris"), pursuant to Rule 9019 of the Federal Rules of Bankruptcy Procedure (the "Rules"). Based on the review of the Motion, the record and related pleadings, the Court makes the following findings and conclusions:

1. On June 3, 2025 (the "Petition Date"), the Debtor filed a voluntary petition under Chapter 7 of the United States Bankruptcy Code the ("Bankruptcy Code") in this Court.

2. The Trustee was appointed interim trustee and continues to serve as Trustee in this case.

4898-3317-6214.3

3.    This is a core proceeding pursuant to 28 U.S.C. § 157.  This Court has subject matter jurisdiction over this matter pursuant to 28 U.S.C. § 1334.

4.    Upon review of the Debtor's books and records and the Amended Statement of Financial Affairs [Docket No. 26], the Trustee became aware of certain payments made to the Debtor's current spouse, Ms. Morris, in the amount of $6,213.24 from the time period of August 27, 2024 through October 11, 2024 and in the amount of $3,982.67 from the time period of May 23, 2025 through May 27, 2025 (collectively, the "Cash Transfers").[1] The Cash Transfers were also recited in the *Complaint Objecting to Dischargeability of Debt and/or Objection to Discharge* [Adv. Proc. No. 26-03003] filed by the Debtor's prior divorce counsel, Dawn B. DeBoer and DeBoerSouth, PLLC.

5.    The Trustee also became aware of the Debtor's transfer of a 50% interest in a 2022 Honda Pilot to Ms. Bland on or about August 18, 2024 (the "Honda Transfer" and together with the Cash Transfers, the "Transfers").[2]

6.    In connection with the Transfers, the Trustee and the Debtor have come to an agreement to resolve the same as follows (the "Settlement"):

a)  The Debtor and/or Ms. Morris shall make payment to the Trustee in the amount of $3,062.50 payable in full on or before June 1, 2026;

b)  The Settlement fully resolves the Transfers;

c)  The Settlement is not an admission or finding of wrongdoing by the Debtor or Ms. Morris; and

d)  The Debtor, Ms. Morris  and the Trustee (collectively, the "Parties") do hereby irrevocably and unconditionally release, cancel, and forever discharge the other and its

---

[1] The Debtor disclosed the Cash Transfers in the Amended Statement of Financial Affairs [Docket Number 26].  The Debtor and Ms. Morris asserted various defenses to the Cash Transfers, including contemporaneous exchange, subsequent new value and ordinary course.

[2] The Debtor subsequently provided the Trustee with information evidencing that the Honda Transfer was not a gift of any equity to Ms. Bland because, at the time of the Honda Transfer, the 2022 Honda Pilot was fully secured and there was no equity in the same.

2

directors, officers, employees, subsidiaries, affiliates, agents, and representatives from any and all claims, complaints, causes of action, demands, damages, obligations, liabilities, losses, promises, agreements, controversies, penalties, expenses, and executions of any kind or nature whatsoever, which may arise in connection with the Transfers.

7.      After considering the applicable facts, potential hurdles and in the exercise of his business judgment, the Trustee believes that the Settlement is in the best interest of the Debtor's estate.

8.      The Trustee conducted a cost-benefit analysis regarding these matters, including the costs associated with litigation and the implications of his success, and has concluded the Settlement is fair and reasonable, and the proposed Settlement serves the best interests of the estate and the creditors.  In consideration of the probability of success in litigation, the complexity of the proposed litigation, the attending expense, inconveniences and delays, and the paramount interest of the creditors, the Court finds that the Settlement is fair and reasonable.  The Court adopts and approves the Trustee's business judgment to enter into the Settlement.

9.      Notice of the Motion was properly served on all parties in interest pursuant to Rule 2002 of the Federal Rules of Bankruptcy Procedure.

**UPON DUE CONSIDERATION, IT IS ORDERED, ADJUDGED AND DECREED THAT:**

1.      The Motion is hereby granted.

2.      The Settlement is approved, and the Trustee is authorized to take all necessary actions to consummate such Settlement.

3.      The Debtor and/or Ms. Morris shall make payment to the Trustee in the amount of $3,062.50 on or before June 1, 2026.

4.      The Clerk shall serve copies of this Order to the parties on the Service List.

4898-3317-6214.3

ENTERED: _Apr 10 2026_                  /s/ Keith L Phillips
                                _____
                                UNITED STATES BANKRUPTCY COURT JUDGE

                                Entered On Docket: Apr 10 2026

Order submitted by:

_/s/ Haley K. Magel_
**KUTAK ROCK LLP**
Jeremy S. Williams (VSB No. 77469)
Haley K. Magel (VSB No. 100444)
1021 East Cary Street, Suite 810
Richmond, Virginia 23219
Telephone: (804) 644-1700
Facsimile: (804) 783-6192
Jeremy.Williams@kutakrock.com
Haley.Magel@kutakrock.com
_Counsel to William A. Broscious_

Seen and Agreed:

_/s/ Richard C. Pecoraro_
Richard C. Pecoraro
Rich Law, PLC
1700 Huguenot Rd., Suite B4
Midlothian, VA 2311
rich@richlawrva.com
_Counsel for Brandon Scott Morris_

Randall Morris
13836 Randolph Pond Lane
Midlothian, VA 23114

## CERTIFICATION UNDER LOCAL BANKRUPTCY RULE 9022-1(C)

Pursuant to Local Bankruptcy Rule 9022-1(C), I hereby certify under penalty of perjury that the foregoing proposed order has been endorsed by or served upon all necessary parties.

_/s/ Haley K. Magel_

4

4898-3317-6214.3

<u>Service List</u>

Brandon Scott Morris
13836 Randolph Pond Lane
Midlothian, VA 23114
*Debtor*

Randall Morris
13836 Randolph Pond Lane
Midlothian, VA 23114

4898-3317-6214.3

United States Bankruptcy Court

Eastern District of Virginia

In re:                                                                                          Case No. 25-32198-KLP

Brandon Scott Morris                                                                Chapter 7

      Debtor

# CERTIFICATE OF NOTICE

| District/off: 0422-7 | User: Stephanie | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Apr 10, 2026 | Form ID: pdford9 | Total Noticed: 2 |

The following symbols are used throughout this certificate:

**Symbol**       **Definition**

+       Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 12, 2026:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Brandon Scott Morris, 13836 Randolph Pond Lane, Midlothian, VA 23114-5588 |
| | + Randall Morris, 13836 Randolph Pond Lane, Midlothian, VA 23114-5588 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 12, 2026       Signature:       /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 10, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Daniel M. Press | on behalf of Attorney Daniel M Press dpress@chung-press.com pressdm@gmail.com;danpress@recap.email |
| Daniel M. Press | on behalf of Defendant Brandon Scott Morris dpress@chung-press.com pressdm@gmail.com;danpress@recap.email |
| Dawn DeBoer | on behalf of Plaintiff Dawn B. DeBoer deboer@deboersouth.com |
| Dawn DeBoer | on behalf of Plaintiff DeBoerSouth PLLC deboer@deboersouth.com |
| Haley Kristen Magel | on behalf of Plaintiff William A. Broscious Trustee haley.magel@kutakrock.com, lynda.wood@kutakrock.com;amanda.roberts@kutakrock.com;jeremy.williams@kutakrock.com;sandra.silas@kutakrock.com |
| Haley Kristen Magel | |

on behalf of Trustee William Anthony Broscious haley.magel@kutakrock.com
lynda.wood@kutakrock.com;amanda.roberts@kutakrock.com;jeremy.williams@kutakrock.com;sandra.silas@kutakrock.com

Jeremy S. Williams

on behalf of Plaintiff William A. Broscious  Trustee jeremy.williams@kutakrock.com,
lynda.wood@kutakrock.com;Amanda.roberts@kutakrock.com;jeremy--williams-3047@ecf.pacerpro.com

Jeremy S. Williams

on behalf of Trustee William Anthony Broscious jeremy.williams@kutakrock.com
lynda.wood@kutakrock.com;Amanda.roberts@kutakrock.com;jeremy--williams-3047@ecf.pacerpro.com

Matthew W. Cheney

USTPRegion04.RH.ECF@usdoj.gov

Michael D. Mueller

on behalf of Creditor Dawn B. DeBoer mmueller@williamsmullen.com
avaughn@williamsmullen.com;sbeaulieu@williamsmullen.com

Michael D. Mueller

on behalf of Defendant DeBoerSouth  PLLC mmueller@williamsmullen.com,
avaughn@williamsmullen.com;sbeaulieu@williamsmullen.com

Michael D. Mueller

on behalf of Creditor DeBoerSouth  PLLC mmueller@williamsmullen.com,
avaughn@williamsmullen.com;sbeaulieu@williamsmullen.com

Michael D. Mueller

on behalf of Defendant Dawn B. DeBoer mmueller@williamsmullen.com
avaughn@williamsmullen.com;sbeaulieu@williamsmullen.com

Richard C. Pecoraro

on behalf of Debtor Brandon Scott Morris rich@richlawrva.com
sharia@richlawrva.com;brittany@richlawrva.com;PecoraroRR84804@notify.bestcase.com

William Anthony Broscious

wbroscious@wabtrustee.com  ecf.alert+Broscious@titlexi.com

William Anthony Broscious

on behalf of Trustee William Anthony Broscious wbroscious@wabtrustee.com  ecf.alert+Broscious@titlexi.com


TOTAL: 16